**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ISELA AGUILAR-LISCANO,

    Petitioner,

  v.

MERRICK B. GARLAND, Attorney General,

    Respondent.

No. 23-1462

Agency No. A205-464-337

ORDER

Respondent's unopposed motion to submit this case on the briefs and record without oral argument, Docket No. 32, is GRANTED. This case shall be submitted on the briefs and record, without oral argument, on Wednesday, August 14, in San Francisco, California, pursuant to Federal Rule of Appellate Procedure 34(a)(2).

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT